UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRYAN GLYNN,<br><br>                    Plaintiff,<br><br>   - against -<br><br>CIGAR CIGAR LLC<br><br>                    Defendant. | Docket No. 4:20-cv-00022-TLS-JPK |

**NOTICE OF SETTLEMENT**

The parties have reached a settlement in principle. The parties will file a notice of dismissal within the next 30 days.

/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Plaintiff Bryan Glynn*